IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, | CASE NO. CV F 06-1740 AWI LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| vs. | |
| OFFICER J. DIAZ, et al., | |
| Defendants. / | |

**BACKGROUND**

Plaintiff Phillip Sanders ("plaintiff") proceeds pro se and in forma pauperis in this apparent action under 42 U.S.C. § 1983 ("section 1983"). On December 1, 2006, plaintiff filed his complaint ("original complaint") against Officers J. Diaz and S. Jaqez (collectively "defendants") of "the Fresno County Sheriff Magic [sic] Team" apparently to take issue with his May 23, 2005 arrest and search and to claim that his Fourth Amendment rights were violated and that he was arrested "without reasonable cause." The original complaint appeared to address plaintiff's vehicle stop and search resulting in plaintiff's being taken into custody.

The magistrate judge's December 6, 2006 order dismissed plaintiff's original complaint with leave to amend on grounds that the original complaint failed to allege a sufficient section 1983 or other claim against defendants. On December 20, 2006, plaintiff filed against defendants his amended complaint ("amended complaint") which is similar and identical in parts to his original complaint. The

amended complaint appears to take issue with plaintiff's May 23, 2005 arrest and vehicle search which plaintiff alleges was "without reasonable cause."

The magistrate judge issued December 26, 2006 findings and recommendations to dismiss this action without prejudice on grounds that: (1) the amended complaint fails to state a claim upon which relief may be granted; and (2) a further attempt at amendment is unwarranted based on the amended complaint's deficiencies and apparent attempt to vex defendants. Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's December 26, 2006 findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's December 26, 2006 findings and recommendations;
2. DISMISSES this action without prejudice on grounds that: (1) the amended complaint fails to state a claim upon which relief may be granted; and (2) a further attempt at amendment is unwarranted based on the amended complaint's deficiencies and apparent attempt to vex defendants; and
3. DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 30, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE